IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:06-61-JFA |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL FULWILEY | ) | |
| _____ | ) | |

Based upon the defendant's motion to withdraw (ECF No. 1271) the currently pending § 2255 motion in this case, the § 2255 motion (ECF No. 1258) is deemed withdrawn and this action is hereby ended without prejudice.

IT IS SO ORDERED.

April 9, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge