IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:06-61-JFA |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| QUENELL WALTERS | ) | |
| | ) | |
| _____ | ) | |

The defendant has filed three motions with this court that call into question his conviction and sentence. In an order filed March 7, 2012, this court advised the defendant that it was considering converting his motions into one motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255. The court further advised the defendant that if the court did construe his motions in this fashion, any subsequent motions could be considered successive and subject to pre-filing authorization by the Fourth Circuit Court of Appeals. The court also authorized the Clerk to send the defendant blank § 2255 forms for him to complete if he wished.

The defendant has failed to respond to any of this court's communications. Accordingly, the court hereby signals its intention to consider the motions now pending as a motion for relief pursuant to § 2255. The government is requested to respond to the motion within thirty days.

IT IS SO ORDERED.

May 30, 2012  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge